# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00376-CV

**Laverne Stanley and Anthony Passeur, Appellants**

**v.**

**Wells Fargo Bank, N.A.; MERSCORP Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; and Gwen Alden, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 13-0768-C277, HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

Appellants filed a notice of appeal in cause number 13-0768-C277 from the order signed by the district court on April 12, 2014, which granted the motion for summary judgment and motion to sever of appellees Wells Fargo Bank, N.A., MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and Gwen Alden (severed appellees). The district court dismissed appellants' claims against the severed appellees with prejudice and assigned the severed claims the cause number 14-0516-C277. Thus, we direct the clerk of this Court to reflect that the instant appeal is from cause number 14-0516-C277.

In briefing to this Court, appellants ask this Court to dismiss Stephen Porter and David Seybold (attorney appellees) from this appeal for judicial economy. The district court granted summary judgment in favor of the attorney appellees on May 12, 2014, in cause number

13-0768-C277 and dismissed appellants' claims against them with prejudice. Appellants do not challenge this ruling. Appellants' claims against the attorney appellees also were not severed into cause number 14-0516-C277. Thus, we dismiss this appeal to the extent it was brought against the attorney appellees.

It is so ordered August 7, 2015.

Before Chief Justice Rose, Justices Goodwin and Field